IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| NIKOLAOS FRANGOS, ET AL. | : | No. 14-242 |

## **ORDER**

**AND NOW**, this 18th day of September, 2014, upon consideration of Defendant Mikhail Zubialevich's Motion to Dismiss Count Three of the Indictment (Docket No. 41), in which Defendants Nikolaos Frangos and George Capuzello have joined in part (see Docket No. 42), and the Government's response to the Motion, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.